# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3467

_____

H.G. Davis,                                              *
                                                        *
                   Appellant,                           *
                                                        *   Appeal from the United States
        v.                                              *   District Court for the
                                                        *   Eastern District of Arkansas.
Johnny Wayne Carter, Judge, one and                     *
all; Faulkner County Quorum Court,                      *   [UNPUBLISHED]
one and all; H. G. Foster, Prosecuting                  *
Atty, one and all; Marty Montgomery,                    *
originally sued as Monty Montgomery,                    *
                                                        *
                   Appellees.                           *

_____

Submitted: September 21, 2007
Filed: October 4, 2007

_____

Before BYE, RILEY, and MELLOY, Circuit Judges.

_____

PER CURIAM.

H.G. Davis appeals the district court's[1] order denying his motion to set aside judgment in his 42 U.S.C. § 1983 lawsuit. We find no abuse of discretion in the district court's dismissal of his postjudgment motion as untimely. See Middleton v.

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

McDonald, 388 F.3d 614, 616 (8th Cir. 2004) (standard of review).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____